UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 2:03-cr-06-02

v.                                       HON. GORDON J. QUIST

IVAN RICHARD ALLEN,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

        A revocation hearing was held on February 9, 2009, at which time defendant waived his right to appear before a district judge and admitted to the violations alleged in the Petition for Warrant or Summons for Offender Under Supervision (docket #49), filed under date of November 26, 2008.

        Therefore, for the reasons stated on the record, it is recommended that the court enter the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release.

Date: February 17, 2009                              /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                           United States Magistrate Judge

## NOTICE TO PARTIES

        You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the hearing. *See* W.D. MICH. L.CR.R. 11.1(d).